# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY WYNN,

        Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

Case No. 1:07-cv-0688 AWI TAG

ORDER OF REFERENCE TO
MAGISTRATE JUDGE

    The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge.  Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).  The new case number shall be **1:07-cv-0688-TAG**.  All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:    May 29, 2007**          _____/s/ Anthony W. Ishii_____
                                 UNITED STATES DISTRICT JUDGE

1